AO 241 (Rev. 06/13)

**14-1523**

FILED
DEC 29 2014
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): MARK C PURNELL | Docket or Case No.: 0701018040 |
|---|---|
| Place of Confinement: J.T.V.C.C | Prisoner No.: 00449155 |

| Petitioner (include the name under which you were convicted) MARK C. PURNELL | v. | Respondent (authorized person having custody of petitioner) DAVID PIERCE, Warden |
|---|---|---|

The Attorney General of the State of: Beau Biden

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Superior Court of Delaware, New Castle County

   (b) Criminal docket or case number (if you know): 0701018040

2. (a) Date of the judgment of conviction (if you know): April 25, 2008

   (b) Date of sentencing: October 17, 2008

3. Length of sentence: 43 yrs

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Murder Second Degree; Attempted Robbery First Degree; Possession of a Firearm During Commission of a Felony; Possession of a Deadly Weapon During Commission of a Felony; Possession of a Deadly Weapon by a Person Prohibited; and Conspiracy Second Degree.

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _N/A_

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury  ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes  ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _Supreme Court of Delaware_

(b) Docket or case number (if you know): _0701018040_

(c) Result: _Sentence and convictions affirmed._

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _Purnell v. State, 979 A.2d 1102 (Del. 2010)_

(f) Grounds raised: _whether the trial court abused its discretion in ruling that out-of-court statements by the victims spouse, who deceased four months before Petitioner's trial, were inadmissible hearsay; and whether the trial court abused its discretion in refusing to dismiss a juror who had expressed concerns that jury deliberations might interfere with that juror's vacation plans._

(g) Did you seek further review by a higher state court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Result: _N/A_

(4) Date of result (if you know): _N/A_

(5) Citation to the case (if you know): _N/A_

(6) Grounds raised: _N/A_

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Superior Court of Delaware, New Castle County_

(2) Docket or case number (if you know): _0701018040_

(3) Date of filing (if you know): _March 25, 2010_

(4) Nature of the proceeding: _Motion for Post-conviction Relief_

(5) Grounds raised: _Ineffective Assistance of counsel_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   ☐ Yes   ☒ No

(7) Result: _Denied_

(8) Date of result (if you know): _May 31, 2013_

AO 241 (Rev. 06/13)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _NONE_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _NONE_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

AO 241
(Rev. 06/13)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☑ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No _None_

(3) Third petition: ☐ Yes ☐ No _None_

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_Petitioner did appeal._

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _Ineffective Assistance of counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Counsel failed to request a jury instruction concerning the credibility of accomplice testimony; Counsel failed to appeal the trial court's denial of his request to empanel a new jury; failing to object to comments made by the Prosecutor which amounted to improper "vouching" for the credibility of Ronald Harris. Petitioner is actually innocent._

(b) If you did not exhaust your state remedies on Ground One, explain why: _N/A_

AO 241 (Rev. 06/13)

Page 7

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☑ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: *Motion for Post-conviction Relief*

    Name and location of the court where the motion or petition was filed: *Superior Court of Delaware, New Castle County*

    Docket or case number (if you know): *0701018040*

    Date of the court's decision: *May 31, 2013*

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

    (4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: *Supreme Court of Delaware*

    Docket or case number (if you know): *339, 2013*

    Date of the court's decision: *November 21, 2014*

    Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

    *N/A*

AO 241 (Rev. 06/13)  Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:  N/A

**GROUND TWO:**  Actual Innocence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was on crutches recovering from a gunshot wound when the murder took place making it impossible for him to be involved.

(b) If you did not exhaust your state remedies on Ground Two, explain why:  Petitioner lacked the resources to hire an investigator in State court proceedings to establish his innocence.

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:  Same as previous answer.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☐ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:  N/A

   Name and location of the court where the motion or petition was filed:  N/A

   Docket or case number (if you know):  N/A

   Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  *N/A*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  *Same*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*NONE*

AO 241 (Rev. 06/13)                                                                                                           Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: _N/A_

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _N/A_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

AO 241 (Rev. 06/13)
Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *NONE*

**GROUND FOUR:** *NONE*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*NONE*

(b) If you did not exhaust your state remedies on Ground Four, explain why: *NONE*

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❏ Yes ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

(d) **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *N/A*

AO 241 (Rev. 06/13)                                                                                                                                                                 Page 12

Name and location of the court where the motion or petition was filed: _NONE_

Docket or case number (if you know): _NONE_

Date of the court's decision: _NONE_

Result (attach a copy of the court's opinion or order, if available): _NONE_

(3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _NONE_

Docket or case number (if you know): _NONE_

Date of the court's decision: _NONE_

Result (attach a copy of the court's opinion or order, if available): _NONE_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_NONE_

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _NONE_

AO 241
(Rev. 06/13)

Page 13

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _Actual Innocence. Petitioner lacked the appropriate resources to do so._

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_Actual Innocence. Petitioner lacked the appropriate resources to do so._

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _NONE_

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _NONE_

AO 241 (Rev. 06/13)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Peter W. Veith, Esquire, 1120 West Street, Wilmington, DE 19801_

(b) At arraignment and plea: _Peter W. Veith (same as above)_

(c) At trial: _Peter W. Veith (same as above)_

(d) At sentencing: _Peter W. Veith (same as above)_

(e) On appeal: _Peter W. Veith (same as above)_

(f) In any post-conviction proceeding: _Thomas A. Foley, 1905 Delaware Avenue, Wilmington, DE 19806     Joseph Bernstein, Deceased._

(g) On appeal from any ruling against you in a post-conviction proceeding: _Same as above._

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _NONE_

(b) Give the date the other sentence was imposed: _NONE_

(c) Give the length of the other sentence: _NONE_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No  _NONE_

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_N/A_

AO 241
(Rev. 06/13)

Page 15



---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 06/13)

Page 16

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Release from custody._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _Dec. 24, 2014_ (month, date, year).

Executed (signed) on _12/24/14_ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IM MARK C. PURNELL
SBI# 449155 UNIT 18
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

1 OF 1



CLERK IN THE US DISTRICT COURT
J. CALEB BOGGS FEDERAL Building
844 N. King STREET, UNIT 18
WILM, DE
19801

